DOMINIC T. PERROTTA, Respondent, v. EMPIRE MUTUAL INSURANCE COMPANY, Appellant.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur. [62 Misc 2d 925.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE LAURITSCH, Appellant.—

Christ, P. J., Munder, Latham, Kleinfeld and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT PALMER, Appellant.—

Christ, P. J., Munder, Latham, Kleinfeld and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES GILBERT STOCKS, Appellant.—

Rabin, Acting P. J., Munder, Martuscello, Kleinfeld and Benjamin, JJ., concur.